IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KARL D. BARLOW                                                                                        PETITIONER

VERSUS                                                         CIVIL ACTION NO.  4:07cv161-HTW-LRA

STATE OF MISSISSIPPI, et al.                                                                    RESPONDENTS

## **FINAL JUDGMENT**

This matter is before the court, sua sponte, for consideration of dismissal.  Pursuant to the memorandum opinion and order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed  without an evidentiary hearing.

This the 30th day of January, 2008.

                                           s/ HENRY T. WINGATE
                                           CHIEF UNITED STATES DISTRICT JUDGE